UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------x

ANTONIO QUINONES                                        ORDER

        -against-                             12-CV-6000(FB)

UNITED STATES OF AMERICA,

        Defendant.

-------------------------------------x

To: The Bureau of Prisons, Southern District of Florida
    Mr. Carlos Rodriguez, Residential Re-entry Manager, Southern District of Florida
    Ms. Desiore Quadros, Case Manager, Riverside Halfway House

It is hereby ORDERED that

That Antonio Quinones, a party in the above captioned matter, that is scheduled for a hearing on September 22, 2016 which is to be conducted in the Eastern District of New York, be permitted to travel, at his own expense from the Southern District of Florida to the Eastern District of New York on or about September 19, 2016 and remain in the Eastern District of New York and the borough of Manhattan, New York until September 23, 2016 to consult with his counsel and prepare for his hearing and to participate at that hearing.

Between September 19, 2016 and September 23, 2016, Mr. Quinones will be restricted to a location at 12th Street in New York City and will consult with his lawyer, Gary S. Villanueva at his lawyer's office located at 11 Park Place, suite 1601, New York,

N.Y. 10007.

Between September 19, 2016 and September 23, 2016, the defendant's travel shall be be restricted to the aforementioned location on 12th Street, the aforementioned offices of his attorney Gary Villanueva and the Untied States District Court for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York.

Dated: New York, New York
September 14, 2016

s/Frederic Block

———————————————
THE HONORABLE Frederic Block
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK